Commonwealth ex rel. Whiting, Appellant, *v.* Myers.

Submitted April 26, 1966. Before Bell, C. J., Musmanno, Jones, Eagen, O'Brien and Roberts, JJ.

*James Whiting*, appellant, in propria persona.

*Robert M. Borden* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

628

OPINION PER CURIAM, September 27, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.